Docusign Envelope ID: 82A5C226-C2B7-472D-8363-412A700BACB5



**PATRICK A. CRUISE**
Licensed in Georgia, Tennessee and Louisiana
Board Certified Truck Accident Law

Phone: 423-634-0871
Fax: 423-634-0874
pac@thehamiltonfirm.com

## PAYOUT SHEET FOR GILES (#22034)

### RE: ISAIAH GILES, ET AL. V. LANDSCAPE SERVICES, INC., ET AL.
### DOI: 10/06/2021

| | | | |
|---|---|---|---|
| AMOUNT RECEIVED FROM ACADIA INS. CO.: | | $ | 125,000.00 |
| LESS ATTORNEYS' FEES (1/3): | | $ | 41,666.66 |
| The Hamilton Firm | $ 20,833.33 | | |
| Lagarde Law | $ 20,833.33 | | |
| BALANCE AFTER ATTORNEYS' FEES: | | $ | 83,333.34 |
| EXPENSES INCURRED (See attached lists): | | $ | 6,254.72 |
| The Hamilton Firm | $ 6,025.57 | | |
| Lagarde Law | $ 229.15 | | |
| LESS AMOUNT PAID TO MEDICARE: | | $ | 6,039.74 |
| LESS AMOUNT HELD IN TRUST TO PAY USAA: | | $ | 25,000.00 |
| NET AMOUNT PAID TO ISAIAH AND GEORGIA GILES: | | $ | 46,038.88 |

To be received from THE HAMILTON FIRM, LLC, by mail upon completion of this document, Check No. _____ in the amount shown above, representing a partial payout of my share of the net settlement proceeds. I understand $25,000 is being held in Trust to satisfy the claim of reimbursement made by USAA for medical payment coverage. I understand that if a reduction in said claim is obtained, the difference will be paid to me. I understand that the attorney fees are being divided with Lagarde Law for their work perforened on the case, and I approved the joint representation and division of fees shown above. I understand and approve all of the foregoing disbursements. I understand that my attorney is not able to give me any tax advice, and that I should contact a tax professional and/or lawyer with any questions regarding taxes. I understand that there may be outstanding bills remaining, and I will be responsible for satisfying all outstanding bills and have instructed my attorneys not to pay those bills. I understand that if Medicare, Medicaid, CHAMPUS, any health care insurer governed by the Employee Retirement Income Security Act (ERISA), private health insurers, or other insurers and/or medical providers that have a right of subrogation or reimbursement for medical expenses arising out of this accident may seek subrogation or reimbursement. I understand that any such subrogation lien, reimbursement claim, and/or attempt to collect a debt would be my responsibility. I am fully satisfied with the way and manner in which this case has been handled. I further acknowledge receipt of a copy of this Settlement Sheet and Contingent Fee Contract. The settlement proceeds herein constitute compensation for personal physical injuries as the same are contemplated by 26 USCA 104(a)(2). I represent that I was not in any type of bankruptcy at the time of the incident which forms the basis for this case. I also represent that since the date of the incident, I have not filed for bankruptcy of any kind.

| | | | |
|---|---|---|---|
| _Isaiah Giles_ | 7/8/2025 | _Georgia Giles_ | 7/8/2025 |
| Isaiah Giles | Date | Georgia Giles | Date |

**SERIOUS INJURY · WRONGFUL DEATH · TRUCK WRECK LAWYER**
601 E. Main Street, Chattanooga, TN 37408