| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 23-50196-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Wed Mar  4 11:07:30 CST 2026 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Bank of Missouri<br>216 W 2nd St<br>Dixon, MO 65459-8048 | Banner Primary Care Physicians AZ<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Comenity Bank<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Convergent Outsourcing<br>Attn: Bankruptcy<br>800 Sw 39th St<br>Ste 100<br>Renton, WA 98057-4927 |
| Cox Communications<br>6205 B Peachtree Dunwo<br>NE<br>Atlanta, GA 30328-4524 | Credit Bureau Systems<br>Attn: Bankruptcy<br>Po Box 482<br>Clarksville, TN 37041-0482 | Credit Systems<br>Attn: Bankruptcy<br>Po Box 1088<br>Arlington, TX 76004-1088 |
| DEL WEBB<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | Department of Treasury<br>Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia PA 19101-7346 | (p)EASYPAY FINANCE<br>PO BOX 2549<br>CARLSBAD CA 92018-2549 |
| EdFinancial Services<br>Attn: Bankruptcy<br>Po Box 36008<br>Knoxville, TN 37930-6008 | Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Finwise Rise<br>Attention Bankruptcy<br>Po Box 679900<br>Dallas, TX 75267-9904 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | First Progress<br>Attn: Bankruptcy<br>Po Box 9053<br>Johnson City, TN 37615-9053 | Fixing Feet, PLLC<br>14825 W Bell Rd<br>Ste 100<br>Surprise, AZ 85374 |
| General  Business<br>Attn: Bankruptcy Dept<br>Po Box 41960<br>Tucson, AZ 85717-1960 | Hunter Warfield<br>Attention: Bankruptcy<br>4620 Woodland Corporat<br>Tampa, FL 33614-2415 | Internal Revenue Servi<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201-5025 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Keesler FCU<br>Attn: Bankruptcy<br>Po Box 7001<br>Biloxi, MS 39534-7001 | (p)KORNERSTONE CREDIT LLC<br>406 W SOUTH JORDAN PKWY<br>SUITE 600<br>SOUTH JORDAN UT 84095-3943 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Louisiana Recovery<br>Attn: Bankruptcy<br>1304 Bertrand Drive<br>Suite F-4<br>Lafayette, LA 70506-9106 | Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |

| | | |
|---|---|---|
| Mariner Finance LLC.<br>8211 Town Center Dr.<br>Nottingham MD 21236-5904 | Med Data Systems<br>Attn: Bankruptcy<br>2001 9th Ave, Ste 312<br>Vero Beach, FL 32960-6413 | NCB Management<br>Attn: Bankruptcy<br>1 Allied Drive<br>Feasterville-Trevose, PA 19053-6945 |
| Platinum Realty & Mana<br>2150 Wilma Rudolph Blv<br>Ste 8<br>Clarksville, TN 37040-6670 | RentDebt Automated<br>Attn: Bankruptcy<br>2802 Opryland Dr<br>Nashville, TN 37214-1200 | Republic Bank & Trust<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 |
| Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | SAPIENTES FUNDING II, LLC<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | Synchrony/HSN<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Total Visa<br>Attn: Bankruptcy<br>Po Box 85710<br>Sioux Falls, SD 57118-5710 | Transworld System Inc<br>Attn: Bankruptcy<br>Po Box 15630<br>Wilmington, DE 19850-5630 | US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 58<br>FORT MORGAN CO 80701-0058 |
| Alexander L. H. Reed<br>Lagarde Law<br>2345 Gause Blvd. East<br>Slidell, LA 70461-4142 | Derek A Henderson T1<br>1765-A Lelia Drive<br>Suite 103<br>Jackson, MS 39216-4820 | Georgia Avery Giles<br>60 Hunters Trace<br>Picayune, MS 39466-8262 |
| Isaiah Thomas Giles<br>60 Hunters Trace<br>Picayune, MS 39466-8262 | Patrick Cruise<br>The Hamilton Firm<br>2401 Broad Street Suite 102<br>Chattanooga, TN 37408-2942 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Easy Pay<br>Attn: Bankruptcy<br>Po Box 2549<br>Carlsbad, CA 92018 | Jefferson Capital<br>Attn: Bankruptcy<br>16 Mcleland Road<br>Saint Cloud, MN 56303 | Kornerstone Credit<br>1111 Draper Pkwy #200<br>Draper, UT 84020 |
| Wakefield & Associates<br>Attn: Bankruptcy<br>7005 Middlebrook Pike<br>Knoxville, TN 37909 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Anna Claire Henderson                End of Label Matrix
                                        Mailable recipients    50
                                        Bypassed recipients     1
                                        Total                  51