IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                           BANKRUPTCY PROCEEDING

**GEORGIA AVERY GILES**
**ISAIAH THOMAS GILES**                                    CASE NUMBER: 23-50196 KMS

---

**NOTICE OF MOTION TO APPROVE COMPROMISE AND SETTLEMENT
AND REQUEST FOR APPROVAL OF ATTORNEY FEES**

---

NOTICE IS HEREBY GIVEN that Derek A. Henderson, Trustee has filed his Motion to Approve Compromise and Settlement and Request for Approval of Attorney Fees (Docket No. 31) with the United States Bankruptcy Court for the Southern District of Mississippi.

NOTICE IS FURTHER GIVEN that any creditor or party in interest wishing to object to said Motion must file a written objection with the United States Bankruptcy Court for the Southern District of Mississippi, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, Mississippi 39501, and a copy must be served upon Derek A. Henderson, Attorney at Law, 1765-A Lelia Drive, Suite 103, Jackson, Mississippi 39216, and the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201. **THE DEADLINE DATE FOR FILING OBJECTIONS TO THE MOTION IS TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

**NOTICE IS FURTHER GIVEN** that if any objections are timely filed thereto, a hearing will be set by the Court. If no objections are filed, the Court may approve the Motion ex parte.

DATED this the 4th day of March, 2026.

                                                                            Respectfully submitted,


                                                    BY:    s / Derek A. Henderson
                                                                DEREK A. HENDERSON, TRUSTEE AND
                                                                ATTORNEY FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

 I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing Notice and Motion to Approve Compromise and Settlement and Request for Approval of Attorney Fees to all creditors and parties in interest listed on the attached mailing matrix and the following:

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Office of United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Patrick Cruise
The Hamilton Firm
601 E. Main Street
Chattanooga, TN 37408

Alexander L. H. Reed
Lagarde Law
2345 Gause Boulevard E
Slidell, LA 70461

This the 4th day of March, 2026.

                s / Derek A. Henderson
                DEREK A. HENDERSON

**Derek A. Henderson, MSB #2260**
**Anna Claire Henderson, MS Bar #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**
**annaclaire@derekhendersonlaw.com**