Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-50196
Case Name: GEORGIA AVERY GILES
ISAIAH THOMAS GILES

Taxpayer ID No: XX-XXX1742
For Period Ending: 03/10/2026

Trustee Name: DEREK A. HENDERSON
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0840
Checking
Blanket Bond (per case limit): $25,377,082.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/26 | | The Hamilton Firm LLC<br>601 E. Main Street<br>Chattanooga, TN 37408 | Settlement proceeds of personal injury claim. Funds were sent to the Debtors in error by personal injury claim attorneys. There were two law firms involved. Trustee worked out agreement for firms to equally submit funds. This represents the 1/2 from The Hamilton Firm. Waiting on check from Lagarde Law. | | $23,019.44 | | $23,019.44 |
| | | | Gross Receipts    $62,500.00 | | | | |
| | | Held in Trust to Pay USAA | Held in Trust to Pay USAA    ($12,500.00) | 2990-000 | | | |
| | | Medicare | Medicare    ($3,019.87) | 2990-000 | | | |
| | | The Hamilton Firm LLC<br>Attn: Patrick Cruise<br>2401 Broad St., Ste. 102<br>Chattanooga, TN 37408 | Attorney Fees    ($20,833.33) | 3210-000 | | | |
| | | The Hamilton Firm LLC<br>Attn: Patrick Cruise<br>2401 Broad St., Ste. 102<br>Chattanooga, TN 37408 | 1/2 of total Attorney Expenses    ($3,127.36) | 3220-000 | | | |
| | 15 | | Cause Of Action Arising From Car Accident That Occurred On 10/6/2021 Attorney Representing Debtor: Allex Lagarde    $62,500.00 | 1142-000 | | | |
| 03/02/26 | | Lagarde Law<br>2345 Gause Blvd East<br>Slidell, LA 70461 | Settlement proceeds of personal injury claim. | | $23,019.44 | | $46,038.88 |
| | | | Gross Receipts    $62,500.00 | | | | |
| | | Held in Trust to Pay USAA | Held in Trust to Pay USAA    ($12,500.00) | 2990-000 | | | |
| | | Medicare | Medicare    ($3,019.87) | 2990-000 | | | |

Page Subtotals:    $46,038.88    $0.00


EXHIBIT A

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 23-50196  
Case Name: GEORGIA AVERY GILES  
ISAIAH THOMAS GILES  

Taxpayer ID No: XX-XXX1742  
For Period Ending: 03/10/2026  

Trustee Name: DEREK A. HENDERSON  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0840  
Checking  
Blanket Bond (per case limit): $25,377,082.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Lagarde Law<br>Attn: Alexander L.H. Reed<br>2345 Gause Blvd E<br>Slidell, LA 70461 | Attorney Fees ($20,833.33) | 3210-000 | | | |
| | | The Hamilton Firm LLC<br>Attn: Patrick Cruise<br>2401 Broad St., Ste. 102<br>Chattanooga, TN 37408 | Attorney Expenses ($3,127.36) | 3220-000 | | | |
| | 15 | | Cause Of Action Arrising From Car Accident That Occurred On 10/6/2021 Attorney Representing Debtor: Allex Lagarde $62,500.00 | 1142-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $46,038.88 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $46,038.88 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $46,038.88 | $0.00 |

Page Subtotals: $0.00 $0.00

Page: 3

|  | TOTAL OF ALL ACCOUNTS | | |
|---|---|---|---|
|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| XXXXXX0840 - Checking | $46,038.88 | $0.00 | $46,038.88 |
|  | $46,038.88 | $0.00 | $46,038.88 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $78,961.12 |
|---|---|
| Total Net Deposits: | $46,038.88 |
| Total Gross Receipts: | $125,000.00 |

Trustee Signature:   /s/ DEREK A. HENDERSON    Date: 03/10/2026

DEREK A. HENDERSON
1765-A Leila Drive, Suite 103
Jackson, MS 39216
(601)948-3167
derek@derekhendersonlaw.com

Page Subtotals:        $0.00        $0.00

**DEREK A. HENDERSON**
Attorney at Law
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
Fax (601) 948-0109
TAX ID NO. 64-0852380

**STATEMENT FOR LEGAL SERVICES RENDERED**

RE:  Georgia Avery Giles and Isaiah Thomas Giles
Bankruptcy Case No. 23-50196 KMS

\* .100 unless otherwise noted

| DATE | DESCRIPTION OF SERVICE | TIME |
|---|---|---|
| 06/04/24 | Pull case docket & review<br>Review of notes from previous trustee re: case | N/C |
|  | Draft application to employ counsel<br>Draft affidavit & proposed order | 1.000 |
| 06/06/24 | Finalize & file application to employ | .100 |
| 06/07/24 | Receipt of order to employ counsel | .100 |
|  | Letter to Hamilton Firm & Lagarde Law re: suit, employment, settlement | .300 |
| 07/08/24 | Email from Patrick Cruise, Hamilton Firm re: update status<br>Response to Patrick | N/C |
| 09/23/25 | Email to Patrick Cruise re: status update<br>Response from Patrick re: status | N/C |
| 11/27/25 | Email from Patrick Cruise re: settlement reached<br>Response to Patrick re: need settlement breakdown | N/C |
| 12/01/25 | Email exchange with Hamilton Firm re: itemized expenses | N/C |
| 02/18/26 | Letter & email to Hamilton Firm re: payout of funds to debtor<br>Response from Patrick Cruise re: sending check | .250 |


EXHIBIT B

| | | |
|---|---|---:|
| 03/04/26 | Draft motion to approve settlement, pay fees<br>Draft notice<br>Draft proposed order<br>Finalize & file | 1.200 |
| 03/06/26 | Pull claims docket, review/notes | N/C |
| 03/09/26 | Draft fee application & notice<br>Draft itemization, calculations (.700)<br>Draft proposed order (.300) | 1.000 |

TOTAL TIME: 3.950

3.950 hrs @ $400/hr = $1,580.00

**EXPENSES:**

| | | |
|---|---|---:|
| 06/07/24 | 6 copies<br>postage | $1.50<br>$2.22 |
| 03/04/26 | 123 copies<br>postage | $30.75<br>$30.34 |
| 03/09/26 | 50 copies<br>postage | $12.50<br>$37.00 |

TOTAL EXPENSES:   $114.31

TOTAL BALANCE DUE:   $1,694.31

## AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HINDS

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named Derek A. Henderson, Attorney at Law, who being by me first duly sworn on oath states, as follows:

1. I am Derek A. Henderson, Attorney at Law, 1765-A Lelia, Suite 103, Jackson, Mississippi 39216, and I am making this Affidavit in support of my request for attorney's fees and reimbursement of necessary expenses in this case.

2. I received my law degree from the University of Mississippi in 1985.

3. In all cases where I have appeared before the United States Bankruptcy Court, I have been compensated at an hourly rate and at this time my hourly rate requested from representation before federal tribunals is $400.00 per hour. I feel this is a reasonable hourly rate for attorneys of similar age, experience and ability in the Jackson, Mississippi area, in view of the overhead expenses of practicing law in the metropolitan area.

4. The itemization of time and expenses attached to this fee application is accurate to the best of my knowledge, information and belief, and I feel all of the time to have been well spent in the best interest of the estate.

_____
DEREK A. HENDERSON

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority this the 11th day of March, 2026.

_____
NOTARY PUBLIC

My Commission Expires:

[Notary Seal: Melissa J. Rasmussen, ID# 60449, Commission Expires June 3, 2028, Rankin County, State of Mississippi]

EXHIBIT C