IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| **GEORGIA AVERY GILES** | |
| **ISAIAH THOMAS GILES** | CASE NUMBER: 23-50196 KMS |

### NOTICE OF APPLICATION FOR COMPENSATION
### FILED BY ATTORNEY FOR TRUSTEE

NOTICE IS HEREBY GIVEN that Derek A. Henderson, Attorney for the Trustee in the above-referenced case, has filed his Application for Compensation with the United States Bankruptcy Court for the Southern District of Mississippi (Docket No. 33). The Application requests compensation from June 4, 2024 through March 9, 2026, in the amount of $1,580.00 (3.950 hours @ $400/hr) and expenses in the amount of $114.31 for a total balance due of $1,694.31. A copy may be obtained by contacting Derek A. Henderson, Attorney at Law, 1765-A Lelia Drive, Suite 103, Jackson, Mississippi 39216.

NOTICE IS FURTHER GIVEN that any creditor or party in interest wishing to object to said Application must file a written objection with the United States Bankruptcy Court for the Southern District of Mississippi, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, Mississippi 39501, and a copy must be served upon Derek A. Henderson, Attorney at Law, 1765-A Lelia Drive, Suite 103, Jackson, Mississippi 39216, and the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201. **THE DEADLINE DATE FOR FILING OBJECTIONS TO THE APPLICATION IS TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

NOTICE IS FURTHER GIVEN that any objections timely filed thereto will be scheduled for hearing before the United States Bankruptcy Court. If no objections are timely filed, the Court may enter its order approving the Application ex parte.

DATED this the 11th day of March, 2026.

Respectfully submitted,

By: s / Derek A. Henderson
   DEREK A. HENDERSON, TRUSTEE
   AND ATTORNEY FOR THE TRUSTEE

**CERTIFICATE OF SERVICE**

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Application for Compensation to all creditors and parties in interest listed on the attached mailing matrix.

This the 11th day of March, 2026.

                                                   s / Derek A. Henderson
                                                 DEREK A. HENDERSON, TRUSTEE
                                                 AND ATTORNEY FOR THE TRUSTEE

**Derek A. Henderson, MSB #2260**
**Anna Claire Henderson, MS Bar #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**
**annaclaire@derekhendersonlaw.com**