

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                                                **BANKRUPTCY PROCEEDING**

**GEORGIA AVERY GILES**
**ISAIAH THOMAS GILES**                                    **CASE NUMBER: 23-50196 KMS**

## ORDER GRANTING APPLICATION FOR COMPENSATION
## FILED BY ATTORNEY FOR TRUSTEE

THIS MATTER COMES before the Court upon Application for Compensation filed by Attorney for Trustee (Docket No. 33). After reviewing the facts and considering the same, the Court finds that no objections have been filed and that the Application is well taken and should be granted.

THEREFORE, IT IS ORDERED that attorney's fees to Derek A. Henderson are hereby approved in the amount of $1,580.00 (3.950 hours @ $400/hr). The Trustee is hereby authorized to pay said fees from the bankruptcy estate as a priority claim pursuant to 11 U.S.C. §330, 11 U.S.C. §503(b), and 11 U.S.C. §507(a)(2).

IT IS FURTHER ORDERED that the reimbursement of actual and necessary expenses to Derek A. Henderson is hereby approved in the amount of $114.31. The Trustee is authorized to pay said reimbursement from the bankruptcy estate as a priority claim pursuant to 11 U.S.C. §330, 11 U.S.C. §503(b), and 11 U.S.C. §507(a)(2).

## END OF ORDER ##

Submitted by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Trustee and Attorney for the Trustee
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com