United States Bankruptcy Court

Southern District of Mississippi

In re:

Georgia Avery Giles

Isaiah Thomas Giles

  Debtors

Case No. 23-50196-KMS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Georgia Avery Giles, Isaiah Thomas Giles, 60 Hunters Trace, Picayune, MS 39466-8262

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Derek A Henderson

   on behalf of Trustee Derek A Henderson T1 derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com

Derek A Henderson T1

   on behalf of Trustee Derek A Henderson T1 trustee@derekhendersonlaw.com
   dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Derek A Henderson T1

   on behalf of Attorney Anna Claire Henderson trustee@derekhendersonlaw.com
   dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Derek A Henderson T1

   trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Thomas Carl Rollins, Jr

   on behalf of Debtor Georgia Avery Giles trollins@therollinsfirm.com
   jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-6                      User: mssbad                           Page 2 of 2
Date Rcvd: Apr 07, 2026                   Form ID: pdf012                    Total Noticed: 1

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Isaiah Thomas Giles trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                   BANKRUPTCY PROCEEDING

**GEORGIA AVERY GILES**
**ISAIAH THOMAS GILES**                                 **CASE NUMBER: 23-50196 KMS**

### ORDER GRANTING APPLICATION FOR COMPENSATION
### FILED BY ATTORNEY FOR TRUSTEE

THIS MATTER COMES before the Court upon Application for Compensation filed by Attorney for Trustee (Docket No. 33). After reviewing the facts and considering the same, the Court finds that no objections have been filed and that the Application is well taken and should be granted.

THEREFORE, IT IS ORDERED that attorney's fees to Derek A. Henderson are hereby approved in the amount of $1,580.00 (3.950 hours @ $400/hr). The Trustee is hereby authorized to pay said fees from the bankruptcy estate as a priority claim pursuant to 11 U.S.C. §330, 11 U.S.C. §503(b), and 11 U.S.C. §507(a)(2).

IT IS FURTHER ORDERED that the reimbursement of actual and necessary expenses to Derek A. Henderson is hereby approved in the amount of $114.31. The Trustee is authorized to pay said reimbursement from the bankruptcy estate as a priority claim pursuant to 11 U.S.C. §330, 11 U.S.C. §503(b), and 11 U.S.C. §507(a)(2).

## END OF ORDER ##

Submitted by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Trustee and Attorney for the Trustee
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com