United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                      Case No. 23-50196-KMS

Georgia Avery Giles                                                         Chapter 7

Isaiah Thomas Giles

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                      User: mssbad                              Page 1 of 2

Date Rcvd: May 28, 2026                   Form ID: n039                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID                  Recipient Name and Address**
aty                    +  Anna Claire Henderson, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name                      Email Address**

Derek A Henderson
                          on behalf of Trustee Derek A Henderson T1 derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com

Derek A Henderson T1
                          on behalf of Trustee Derek A Henderson T1 trustee@derekhendersonlaw.com
                          dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Derek A Henderson T1
                          on behalf of Attorney Anna Claire Henderson trustee@derekhendersonlaw.com
                          dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Derek A Henderson T1
                          trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Thomas Carl Rollins, Jr
                          on behalf of Debtor Georgia Avery Giles trollins@therollinsfirm.com
                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-6                                    User: mssbad                                            Page 2 of 2
Date Rcvd: May 28, 2026                                 Form ID: n039                                      Total Noticed: 1

                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

                    on behalf of Joint Debtor Isaiah Thomas Giles trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

n039−Court Cost (6/17)

# United States Bankruptcy Court
## Southern District of Mississippi

Case Number   23−50196−KMS

Chapter  7

**In re:**

Georgia Avery Giles
 60 Hunters Trace
Picayune, MS 39466

Isaiah Thomas Giles
 60 Hunters Trace
Picayune, MS 39466

### Certification of Fees Due and Bill for Collection

I, <u>Danny L. Miller</u> the Clerk of the Bankruptcy Court, state that the following fees for services rendered in the above case are now due and payable from the Trustee for the estate, provided sufficient assets are available to make payment.

| Filing Fee | Date of Service | Amount |
|---|---|---|
| Adversary Proceeding<br><br>Prior       9/20/2005       $150<br>Eff.       9/20/2005       $250<br>Eff.       11/01/2011     $293<br>Eff.       6/01/2014       $350 | | 0 |
| Motion to Reopen Case<br><br>Chapter 7                   Chapter 13<br>Prior. 10/17/2005 $155     Prior 10/17/2005 $155<br>Eff.  10/17/2005 $220     Eff.  10/17/2005 $150<br>Eff.  01/01/2007 $260     Eff.  01/01/2007 $235<br>Chapter 11                  Chapter 12<br>Eff.  10/17/2005 $1,000   Prior 10/17/2005 $200<br>Eff.  11/21/2012 $1,167<br>Chapter 9                    Chapter 15<br>Eff.  10/17/2005 $1,000   Eff.  10/17/2005 $1,000<br>Eff.  11/21/2012 $1,167   Eff.  11/21/2012 $1,167 | | 0 |
| Record Retrieval Fee (From Federal Record Center)<br><br>Prior  07/01/2001       $25<br>Eff.   07/01/2001       $35<br>Eff.   06/01/2004       $45<br>Eff.   11/01/2011       $53<br>Eff.   06/01/2014       $64         $39<br>                            1st box    each additional box | | 0 |
| Copy Work<br><br>Photocopies                 .50 (per page)<br>Electronic Copies          .10 (per page) | | 0 |
| Other Fees | | 0 |
| | **Total Due** | **$  0** |

Dated:  May 28, 2026

Danny L. Miller , Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501