## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### GULFPORT 6 DIVISION

In Re:                                             §
                                                   §
GEORGIA AVERY GILES                                §        Case No. 23-50196-KMS
ISAIAH THOMAS GILES                                §
                                                   §
                                                   §
                        Debtors                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/15/2023.   The undersigned trustee was appointed on 05/16/2024.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $        125,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 80,943.52 |
| Bank service fees | 97.76 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $        43,958.72

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 08/09/2023 and the deadline for filing governmental claims was 08/09/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,145.18.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $9,145.18, for a total compensation of $9,145.18[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $70.38, for total expenses of $70.38[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:07/27/2026                    By:/s/DEREK A. HENDERSON
                                        Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page:   1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 23-50196 | KMS | Judge: | Katharine M. Samson | Trustee Name: | DEREK A. HENDERSON |
|---|---|---|---|---|---|---|
| Case Name: | GEORGIA AVERY GILES | | | | Date Filed (f) or Converted (c): | 02/15/2023 (f) |
| | ISAIAH THOMAS GILES | | | | 341(a) Meeting Date: | 03/14/2023 |
| For Period Ending: | 07/27/2026 | | | | Claims Bar Date: | 08/09/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  2022 Kia Soul Mileage: 27000 | 24,531.00 | 0.00 | | 0.00 | FA |
| 2.  Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3.  Electronics | 325.00 | 0.00 | | 0.00 | FA |
| 4.  Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5.  Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 6.  Dog | 25.00 | 0.00 | | 0.00 | FA |
| 7.  Cash | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Usaa | 158.00 | 0.00 | | 0.00 | FA |
| 9.  Venmo | 0.00 | 0.00 | | 0.00 | FA |
| 10.  401(K) | 528.92 | 0.00 | | 0.00 | FA |
| 11.  Federal Tax Refund | 10,000.00 | 0.00 | | 0.00 | FA |
| 12.  State Tax Refund | 10,000.00 | 0.00 | | 0.00 | FA |
| 13.  Eic | 10,000.00 | 0.00 | | 0.00 | FA |
| 14.  Life Insurance - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Cause Of Action Arrising From Car Accident That Occurred On 10/6/2021 Attorney Representing Debtor: Allex Lagarde | Unknown | 10,000.00 | | 125,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $57,267.92          $10,000.00          $125,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

 07/08/24 - Email from Patrick Cruise regarding the status of the case, stating that "the case is in discovery. We have disclosed our medical experts, and the defendants will disclose their experts (if any) later this month. We will then likely proceed with medical depositions and then the case will be set for trial."
09/23/25 - Email to Patrick Cruise requesting update on lawsuit.
09/29/25 - Settlement funds send to the Debtor by the Personal Injury attorney. Trustee is working to recover the funds.
02/18/26 - Email to Patrick Cruise and Samantha Mayes at The Hamilton Firm stating that the funds disbursed to the debtor in the amount of $46,038.38 would have to be sent by the two special counsel firms to the Trustee for the bankruptcy estate. Each firm is to remit $23,019.44.
02/24/26 - Check in the amount of $23,019.44 received and deposited from The Hamilton Firm.
03/02/26 - Check in the amount of $23,019.44 received and deposited from Lagarde Law.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2025          Current Projected Date of Final Report (TFR): 06/30/2026

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 23-50196
Case Name: GEORGIA AVERY GILES
ISAIAH THOMAS GILES

Taxpayer ID No: XX-XXX1742
For Period Ending: 07/27/2026

Trustee Name: DEREK A. HENDERSON
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0840
Checking
Blanket Bond (per case limit): $25,377,082.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/26 | | The Hamilton Firm LLC 601 E. Main Street Chattanooga, TN 37408 | Settlement proceeds of personal injury claim. Funds were sent to the Debtors in error by personal injury claim attorneys. There were two law firms involved. Trustee worked out agreement for firms to equally submit funds. This represents the 1/2 from The Hamilton Firm. Waiting on check from Lagarde Law. | | | $23,019.44 | | $23,019.44 |
| | | | Gross Receipts | $62,500.00 | | | | |
| | | Held in Trust to Pay USAA | Held in Trust to Pay USAA | ($12,500.00) | 2990-000 | | | |
| | | Medicare | Medicare | ($3,019.87) | 2990-000 | | | |
| | | The Hamilton Firm LLC Attn: Patrick Cruise 2401 Broad St., Ste. 102 Chattanooga, TN 37408 | Attorney Fees | ($20,833.33) | 3210-000 | | | |
| | | The Hamilton Firm LLC Attn: Patrick Cruise 2401 Broad St., Ste. 102 Chattanooga, TN 37408 | 1/2 of total Attorney Expenses | ($3,127.36) | 3220-000 | | | |
| | 15 | | Cause Of Action Arrising From Car Accident That Occurred On 10/6/2021 Attorney Representing Debtor: Allex Lagarde | $62,500.00 | 1142-000 | | | |
| 03/02/26 | | Lagarde Law 2345 Gause Blvd East Slidell, LA 70461 | Settlement proceeds of personal injury claim. | | | $23,019.44 | | $46,038.88 |
| | | | Gross Receipts | $62,500.00 | | | | |
| | | Held in Trust to Pay USAA | Held in Trust to Pay USAA | ($12,500.00) | 2990-000 | | | |
| | | Medicare | Medicare | ($3,019.87) | 2990-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $46,038.88    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:  23-50196
Case Name:  GEORGIA AVERY GILES
ISAIAH THOMAS GILES

Taxpayer ID No:  XX-XXX1742
For Period Ending:  07/27/2026

Trustee Name:  DEREK A. HENDERSON
Bank Name:  Axos Bank
Account Number/CD#:  XXXXXX0840
Checking
Blanket Bond (per case limit):  $25,377,082.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Lagarde Law Attn: Alexander L.H. Reed 2345 Gause Blvd E Slidell, LA 70461 | Attorney Fees                         ($20,833.33) | 3210-000 | | | |
| | | The Hamilton Firm LLC Attn: Patrick Cruise 2401 Broad St., Ste. 102 Chattanooga, TN 37408 | Attorney Expenses                   ($3,127.36) | 3220-000 | | | |
| | 15 | | Cause Of Action Arrising From Car Accident That Occurred On 10/6/2021 Attorney Representing Debtor: Allex Lagarde          $62,500.00 | 1142-000 | | | |
| 04/01/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.01 | $45,988.87 |
| 04/07/26 | 2001 | Derek A Henderson 1765-A Lelia Drive, Suite 103 Jackson, MS 39216 | Attorney for Trustee Fees and Expenses per Court Order 04/07/26 (Dkt #37). | | | $1,694.31 | $44,294.56 |
| | | Derek A Henderson | Attorney for Trustee Fees per Court Order 04/07/26 (Dkt #37).      ($1,580.00) | 3110-000 | | | |
| | | Derek A Henderson | Attorney for Trustee Expenses per Court Order 04/07/26 (Dkt. #37).      ($114.31) | 3120-000 | | | |
| 05/01/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.75 | $44,246.81 |
| 06/11/26 | 2002 | Derek A Henderson 1765-A Lelia Drive, Suite 103 Jackson, MS 39216 | 2026 Trustee Bond per Court Order 06/09/26. | 2300-000 | | $288.09 | $43,958.72 |

| | | |
|---|---|---|
| COLUMN TOTALS | $46,038.88 | $2,080.16 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $46,038.88 | $2,080.16 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:                                $0.00                $2,080.16

| | | |
|---|---|---|
| Net | $46,038.88 | $2,080.16 |

Exhibit B

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0840 - Checking | $46,038.88 | $2,080.16 | $43,958.72 |
|  | $46,038.88 | $2,080.16 | $43,958.72 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $78,961.12 |
| Total Net Deposits: | $46,038.88 |
| Total Gross Receipts: | $125,000.00 |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-50196-KMS
Case Name: GEORGIA AVERY GILES
       ISAIAH THOMAS GILES
Trustee Name: DEREK A. HENDERSON

| | | |
|---|---|---|
| Balance on hand | $ | 43,958.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEREK A HENDERSON T1 | $ 9,145.18 | $ 0.00 | $ 9,145.18 |
| Trustee Expenses: DEREK A HENDERSON T1 | $ 70.38 | $ 0.00 | $ 70.38 |
| Attorney for Trustee Fees: Derek A Henderson | $ 1,580.00 | $ 1,580.00 | $ 0.00 |
| Attorney for Trustee Expenses: Derek A Henderson | $ 114.31 | $ 114.31 | $ 0.00 |
| Other: Derek A Henderson | $ 288.09 | $ 288.09 | $ 0.00 |
| Other: Held in Trust to Pay USAA | $ 25,000.00 | $ 25,000.00 | $ 0.00 |
| Other: Lagarde Law | $ 20,833.33 | $ 20,833.33 | $ 0.00 |
| Other: Medicare | $ 6,039.74 | $ 6,039.74 | $ 0.00 |
| Other: The Hamilton Firm LLC/Lagarde Law | $ 20,833.33 | $ 20,833.33 | $ 0.00 |
| Other: The Hamilton Firm LLC/Lagarde Law | $ 6,254.72 | $ 6,254.72 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,215.56 |
| Remaining Balance | $ 34,743.16 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,948.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Department of Treasury | $ 6,948.43 | $ 0.00 | $ 6,948.43 |
| | Total to be paid to priority creditors | | $ | 6,948.43 |
| | Remaining Balance | | $ | 27,794.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,593.37 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Del Webb | $ 924.88 | $ 0.00 | $ 924.88 |
| 2 | Banner Primary Care Physicians AZ | $ 355.22 | $ 0.00 | $ 355.22 |
| 3 | Sapientes Funding II, LLC | $ 86.30 | $ 0.00 | $ 86.30 |
| 4 | Sapientes Funding II, LLC | $ 19.90 | $ 0.00 | $ 19.90 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Department Of The Treasury | $ 3,130.09 | $ 0.00 | $ 3,130.09 |
| 6 | LVNV  Funding, LLC | $ 442.63 | $ 0.00 | $ 442.63 |
| 7 | LVNV  Funding, LLC | $ 441.67 | $ 0.00 | $ 441.67 |
| 8 | Ashley Funding Services, LLC | $ 6.15 | $ 0.00 | $ 6.15 |
| 9 | Ashley Funding Services, LLC | $ 107.00 | $ 0.00 | $ 107.00 |
| 10 | Verizon | $ 604.64 | $ 0.00 | $ 604.64 |
| 11 | Verizon | $ 3,008.02 | $ 0.00 | $ 3,008.02 |
| 12 | Mariner Finance LLC. | $ 5,281.99 | $ 0.00 | $ 5,281.99 |
| 13 | LVNV  Funding, LLC | $ 184.88 | $ 0.00 | $ 184.88 |

Total to be paid to timely general unsecured creditors     $            14,593.37

Remaining Balance     $            13,201.36

Tardily filed claims of general (unsecured) creditors totaling $334.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Fixing Feet, PLLC | $ 334.53 | $ 0.00 | $ 334.53 |

Total to be paid to tardy general unsecured creditors     $            334.53

Remaining Balance     $            12,866.83

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,794.22 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Department Of The Treasury | $          1,794.22 | $             0.00 | $          1,794.22 |

Total to be paid to subordinated unsecured creditors          $                    1,794.22

Remaining Balance          $                    11,072.61

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  4.9 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $3,976.21. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $7,096.40.

Pursuant to Order on Motion to Approve Compromise and Settlement and Request for Approval of Attorney Fees (Dkt. #35) entered on 03/31/26, the order states that the "Hamilton Firm and Lagarde Law inadvertently distributed $46,038.88 to the Debtor. Hamilton and Lagarde have each paid the Trustee $23,016.44 for a recovery of the net funds paid to the Debtor. If there is any surplus after paying the claims of the estate, that surplus will be paid to Hamilton and Lagarde instead of the Debtor."