## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      GEORGIA AVERY GILES              CASE NO. 23-50196-KMS
            ISAIAH THOMAS GILES              CHAPTER 7


## CERTIFICATE OF SERVICE

I, Derek A. Henderson, Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Trustee's Final Report and Application for Compensation (NFR) to the following:

Office of the United States Trustee:
        Ms. Abigail M. Marbury
        Assistant United States Trustee
        Office of the United States Trustee
        501 E. Court Street, Suite 6-430
        Jackson, Mississippi 39201

        And all creditors and parties in interest as reflected on the attached mailing matrix.

SO CERTIFIED this the 31st day of July 2026.


                                  s/Derek A. Henderson
                                  DEREK A. HENDERSON, TRUSTEE

Label Matrix for local noticing
0538-6
Case 23-50196-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Mon Jul 27 10:38:41 CDT 2026

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bank of Missouri
216 W 2nd St
Dixon, MO 65459-8048

Banner Primary Care Physicians AZ
c/o Wakefield & Associates, LLC
PO Box 51272
Knoxville, TN 37950-1272

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Comenity Bank
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Convergent Outsourcing
Attn: Bankruptcy
800 Sw 39th St
Ste 100
Renton, WA 98057-4927

Cox Communications
6205 B Peachtree Dunwo
NE
Atlanta, GA 30328-4524

Credit Bureau Systems
Attn: Bankruptcy
Po Box 482
Clarksville, TN 37041-0482

Credit Systems
Attn: Bankruptcy
Po Box 1088
Arlington, TX 76004-1088

DEL WEBB
c/o Wakefield & Associates, LLC
PO Box 51272
Knoxville, TN 37950-1272

Department of Treasury
Internal Revenue Service
P. O. Box 7346
Philadelphia PA 19101-7346

(p)EASYPAY FINANCE
PO BOX 2549
CARLSBAD CA 92018-2549

EdFinancial Services
Attn: Bankruptcy
Po Box 36008
Knoxville, TN 37930-6008

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Finwise Rise
Attention Bankruptcy
Po Box 679900
Dallas, TX 75267-9904

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

First Progress
Attn: Bankruptcy
Po Box 9053
Johnson City, TN 37615-9053

Fixing Feet, PLLC
14825 W Bell Rd
Ste 100
Surprise, AZ 85374

General  Business
Attn: Bankruptcy Dept
Po Box 41960
Tucson, AZ 85717-1960

Hunter Warfield
Attention: Bankruptcy
4620 Woodland Corporat
Tampa, FL 33614-2415

Internal Revenue Servi
c/o US Attorney
501 East Court St
Ste 4.430
Jackson, MS 39201-5025

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Keesler FCU
Attn: Bankruptcy
Po Box 7001
Biloxi, MS 39534-7001

Kornerstone Credit
1111 Draper Pkwy #200
Draper, UT 84020-9058

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Louisiana Recovery
Attn: Bankruptcy
1304 Bertrand Drive
Suite F-4
Lafayette, LA 70506-9106

Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Mariner Finance LLC.
8211 Town Center Dr.
Nottingham MD 21236-5904

Med Data Systems
Attn: Bankruptcy
2001 9th Ave, Ste 312
Vero Beach, FL 32960-6413

NCB Management
Attn: Bankruptcy
1 Allied Drive
Feasterville-Trevose, PA 19053-6945

Platinum Realty & Mana
2150 Wilma Rudolph Blv
Ste 8
Clarksville, TN 37040-6670

RentDebt Automated
Attn: Bankruptcy
2802 Opryland Dr
Nashville, TN 37214-1200

Republic Bank & Trust
P.O. Box 1099
Langhorne, PA 19047-6099

Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

SAPIENTES FUNDING II, LLC
c/o Wakefield & Associates, LLC
PO Box 51272
Knoxville, TN 37950-1272

Synchrony/HSN
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Total Visa
Attn: Bankruptcy
Po Box 85710
Sioux Falls, SD 57118-5710

Transworld System Inc
Attn: Bankruptcy
Po Box 15630
Wilmington, DE 19850-5630

US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

(p)WAKEFIELD & ASSOCIATES
PO BOX 58
FORT MORGAN CO 80701-0058

Alexander L. H. Reed
Lagarde Law
2345 Gause Blvd. East
Slidell, LA 70461-4142

Derek A Henderson T1
1765-A Lelia Drive
Suite 103
Jackson, MS 39216-4820

Georgia Avery Giles
60 Hunters Trace
Picayune, MS 39466-8262

Isaiah Thomas Giles
60 Hunters Trace
Picayune, MS 39466-8262

Patrick Cruise
The Hamilton Firm
2401 Broad Street Suite 102
Chattanooga, TN 37408-2942

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Easy Pay
Attn: Bankruptcy
Po Box 2549
Carlsbad, CA 92018

Jefferson Capital
Attn: Bankruptcy
16 Mcleland Road
Saint Cloud, MN 56303

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Anna Claire Henderson

End of Label Matrix
Mailable recipients     50
Bypassed recipients      1
Total                   51