United States Bankruptcy Court
Southern District of Mississippi

In re:
Georgia Avery Giles
Isaiah Thomas Giles
Debtors

Case No. 23-50196-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Aug 25, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Georgia Avery Giles, Isaiah Thomas Giles, 60 Hunters Trace, Picayune, MS 39466-8262 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson | on behalf of Trustee Derek A Henderson T1 derek@derekhendersonlaw.com melissa@derekhendersonlaw.com |
| Derek A Henderson T1 | on behalf of Trustee Derek A Henderson T1 trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Derek A Henderson T1 | on behalf of Attorney Anna Claire Henderson trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Georgia Avery Giles trollins@therollinsfirm.com |

| | |
|---|---|
| | jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Isaiah Thomas Giles trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 25, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**IN THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT 6**

**In re:**
**GILES, GEORGIA AVERY**
**GILES, ISAIAH THOMAS**

**Case No. 23-50196-KMS**

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND NOTICE OF PROPOSED DISTRIBUTION**

THIS DAY this cause came before the Court on the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution; and the Court having fully reviewed the same finds that said Final Report should be approved as set forth herein.

IT IS THEREFORE ORDERED that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution is hereby approved, and the Trustee is hereby authorized and directed to distribute the funds of this estate as set forth below, to be adjusted for additional estate earned interest, if any.

| Name of Party: | Description: | Amount |
|---|---|---|
| Chapter 7 Admin. Expenses: | | |
| DEREK A HENDERSON T1 | Trustee Compensation | $9,145.18 |
| DEREK A HENDERSON T1 | Trustee Expenses | $70.38 |
| | TOTAL Chapter 7 Admin. Expenses | $9,215.56 |
| Priority Claims: | | |
| Department of Treasury | Claims of Governmental Units - §507(a)(8) | $8,115.64 |
| | TOTAL Priority Claims | $8,115.64 |
| Unsecured Claims: | | |
| Del Webb | General Unsecured 726 | $1,080.24 |
| Banner Primary Care Physicians AZ | General Unsecured 726 | $414.89 |
| Sapientes Funding II, LLC | General Unsecured 726 | $100.80 |
| Sapientes Funding II, LLC | General Unsecured 726 | $23.24 |
| Department Of The Treasury | General Unsecured 726 | $3,655.89 |
| LVNV Funding, LLC | General Unsecured 726 | $516.98 |

| | | |
|---|---|---|
| LVNV Funding, LLC | General Unsecured 726 | $515.86 |
| Ashley Funding Services, LLC | General Unsecured 726 | $7.18 |
| Ashley Funding Services, LLC | General Unsecured 726 | $124.97 |
| Verizon | General Unsecured 726 | $706.21 |
| Verizon | General Unsecured 726 | $3,513.31 |
| Mariner Finance LLC. | General Unsecured 726 | $6,169.27 |
| LVNV Funding, LLC | General Unsecured 726 | $215.94 |
| Fixing Feet, PLLC | Tardy General Unsecured 726 | $390.72 |
| Department Of The Treasury | Fines, Penalties - § 726(a)(4) | $2,095.62 |
| | TOTAL Unsecured Claims | $19,531.12 |
| Back to Debtor: | | |
| *GEORGIA AVERY GILES and ISAIAH THOMAS GILES | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | $7,096.40* |
| | TOTAL FUNDS TO BE DISBURSED | $43,958.72 |

**Pursuant to Order on Motion to Approve Compromise and Settlement and Request for Approval of Attorney Fees (Dkt. #35) entered on 03/31/26, the order states that the "Hamilton Firm and Lagarde Law inadvertently distributed $46,038.88 to the Debtor. Hamilton and Lagarde have each paid the Trustee $23,016.44 for a recovery of the net funds paid to the Debtor. If there is any surplus after paying the claims of the estate, that surplus will be paid to Hamilton and Lagarde instead of the Debtor."*

| | |
|---|---|
| *The Hamilton Firm* | *$3,548.20* |
| *Lagarde Law* | *$3,548.20* |
| *Total to Reimburse The Hamilton Firm and Lagarde Law* | *$7,096.40* |

IT IS FURTHER ORDERED that the trustee shall make all disbursements authorized herein within ten (10) days of this Order becoming final and non-appealable.

IT IS FURTHER ORDERED that within ninety (90) days after the distribution of estate funds the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court and disposed of under Chapter 129 of Title 28.

IT IS FURTHER ORDERED that within 125 days of the entry of the Order the Trustee will provide to the United States Trustee the Trustee's Distribution Report in accordance with the policy and procedures of the Office of the United States Trustee.

##END OF ORDER##

**Order prepared and submitted by:**
DEREK A HENDERSON T1, Trustee
1765-A Leila Drive, Suite 103
Jackson, MS 39216
Telephone: (601)948-3167
Email: derek@derekhendersonlaw.com